**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RODOLFO RODRIGUEZ MARTINEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-1415-O-BP** |
| | § | |
| **CELLCO PARTNERSHIP, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Further, for the reasons stated in the Findings and Conclusions of the Magistrate Judge, the Court finds that Plaintiff Rodolfo Rodriguez Martinez's request to amend his complaint as to Counts I and II of the complaint should be denied.

Accordingly, it is **ORDERED** Defendant's Partial Motion to Dismiss (ECF No. 23) is **GRANTED**, Plaintiff's claims in Counts 1 and 3 of the Amended Complaint (ECF No. 22) are **DISMISSED**. And Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 37) is **DENIED**.

**SO ORDERED** this **16th day** of **September**, **2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE